UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 2:23-cv-10356-JAK-BFM | **Date:** | September 16, 2024 |

**Title:** United States v. Korea Times Los Angeles, Inc.

================================================================

Present: The Honorable **Brianna Fuller Mircheff, United States Magistrate Judge**

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order re: Stipulation to Continue Settlement Conference (ECF 22)

The parties submitted a stipulation to continue the date for the scheduled settlement conference to November 14, 2024. The proposed date, however, is beyond the deadline set by the District Judge to complete ADR proceedings. (ECF 17 (setting October 15, 2024, as the last day to participate in settlement proceedings).) This Court has no authority to modify the scheduling order set by the District Judge, and therefore **denies** the parties' stipulation (ECF 22) without prejudice to either (a) a new stipulation that proposes a date within the deadline currently set; or (b) a renewed application if the parties first seek and obtain a modification of the scheduling order set by the District Judge. The Court offers no view on whether such a modification would be appropriate.

**IT IS SO ORDERED.**

cc:  Counsel of Record

Initials of Preparer:  ch