E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>KOREA TIMES LOS ANGELES, INC.,<br><br>           Defendant. | Civil No. 2:23-cv-10356 JAK BFM<br><br>JOINT STATEMENT RE: SETTLEMENT<br><br>Status Conference:<br>January 6, 2025 at 11:30 a.m. |

**JOINT STATEMENT RE: SETTLEMENT**

    The parties met for a continued settlement conference before Magistrate Judge Brianna Fuller Mircheff on December 17, 2024. No settlement was reached. The parties will continue informal settlement discussions as necessary.

1

Dated: 12/18/24                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section

_____/s/ RFC_____

ROBERT F. CONTE
Assistant United States Attorney


LIMNEXUS LLP

Dated: December 18, 2024

_____
PIO S. KIM
Counsel for Defendant
Korea Times Los Angeles, Inc.

2