```
John Lim (SBN 105977)
John.Lim@LimNexus.com
Pio S. Kim (SBN 156679)
Pio.Kim@LimNexus.com
David Nealy (SBN 282383)
David.Nealy@LimNexus.com
LIMNEXUS LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500 | Fax: (213) 955-9511

Attorneys for Defendant
Korea Times of Los Angeles, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KOREA TIMES LOS ANGELES, INC.,<br><br>　　　　Defendant. | Civil No. CV 23 CV 10356 JAK BFM<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

STIPULATION

　　　WHEREAS, plaintiff United States of America ("government") intends to file a motion for summary judgment ("Motion") in this action;

　　　WHEREAS, the government and defendant Korea Times Los Angeles, Inc. ("KTLA") desire to set a briefing schedule for the Motion to ensure that the parties will be able to fully and completely address all issues pertinent to the Motion;

1

WHEREAS, there is no trial date;

WHEREAS, the motion cut-off is currently set for April 3, 2025;

WHEREAS, the trial counsel for KTLA is scheduled to travel overseas for family vacation from April 8, 2025 to April 22, 2025, with the hotel accommodation already paid for;

THEREFORE, the parties stipulate, and request an order, that:

(1) The government shall have until and including April 22, 2025 to file its Motion;

(1) KTLA shall have 30 days to file its opposition to the Motion;

(2) The government shall have two weeks from the filing of KTLA's opposition to file its reply; and

(3) The government shall notice the hearing of the Motion in accordance with the briefing schedule above.

Dated: March 3, 2025                Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section

/s/ Robert Conte
ROBERT F. CONTE
Assistant United States Attorney

2

4912-9809-8978, v. 1

Dated: March 1, 2025

_____
PIO S. KIM
Counsel for Defendant
Korea Times Los Angeles, Inc.

4912-9809-8978, v. 1