1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

Plaintiff,

12

13 | v.

14 | KOREA TIMES LOS ANGELES, INC.,

Defendant.

15

No. 2:23-cv-10356-JAK (BFMx)

**ORDER RE STIPULATION TO CONTINUE MOTION FILING DEADLINES PENDING REVIEW OF SETTLEMENT OFFER BY THE DEPARTMENT OF JUSTICE (DKT. 32)**

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on a review of the Stipulation to Set Briefing Schedule for Motion for Summary Judgment (the "Stipulation" (Dkt. 32")), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

(1) Plaintiff shall file any motion for summary judgment on or before June 4, 2025;

(2) Defendant shall file any opposition to a motion for summary judgment within 30 days of the filing of such a motion for summary judgment;

(3) Plaintiff shall file any reply in support of a motion for summary judgment within 14 days of the filing of any opposition;

(4) Plaintiff shall notice the hearing of any motion for summary judgment it files to be set at least 10 weeks from the date of its filing.

**IT IS SO ORDERED.**

Dated:  March 19, 2025

_____

John A. Kronstadt
United States District Judge

2