# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KOREA TIMES LOS ANGELES, INC.,<br><br>　　　　Defendant. | No. 2:23-cv-10356-JAK (BFMx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Stipulation to Reduce Tax Assessments to Judgment (the "Stipulation" (Dkt. 34")), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** and judgment is entered as follows:

Judgment is hereby entered in favor of the United States of America and against Korea Times Los Angeles, Inc. (KTLA) for its corporate federal income tax liabilities (Form 1120) for the 2011 tax year in the amount of $9,112,918.66 as of March 31, 2025, less any subsequent payments or credits, plus interest and other statutory additions according to law until the judgment is paid in full.

In the event KTLA pays the United States the settlement amount of $4,250,000 consistent with the terms and payment schedule set forth in the offer acknowledgment letter dated March 12, 2025, this judgment will be deemed fully and completely paid and satisfied, the United States shall file a Satisfaction of Judgment, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

The parties will bear their own costs and expenses, including any attorney's fees.

Entry of judgment shall resolve all issues in the case. Accordingly, all scheduled dates and deadlines are vacated. This case is administratively closed, and the Court retains jurisdiction to enforce the terms expressly stated in the parties' written settlement agreement.

**IT IS SO ORDERED.**

Dated: May 14, 2025

_____
John A. Kronstadt
United States District Judge